**FILED**

**CLERK, U.S. DISTRICT COURT**

NUN PRO TUNC

11-15-2010

**CENTRAL DISTRICT OF CALIFORNIA**

**BY:** _____PG_____ **DEPUTY**

1

2

3

4

5

6

7

8

9        UNITED STATES DISTRICT COURT

10       CENTRAL DISTRICT OF CALIFORNIA

11       WESTERN DIVISION

12

13  CARPENTERS SOUTHWEST          ) CASE NO. CV 09-06795
    ADMINISTRATIVE CORPORATION,   )     MMM(PJWx)
14  a California non-profit corporation; and )
    BOARD OF TRUSTEES FOR THE     )
15  CARPENTERS SOUTHWEST TRUSTS,  ) **CORRECTED**
                                  ) AMENDED [PROPOSED]
16            Plaintiffs,         ) JUDGMENT
                                  )
17  v.                            )
                                  )
18  MARTIN ANTONIO BELTRAN,       )
    individually and as a partner of DINASTY )
19  WOOD INTERIORS, a partnership; )
    JAIME PIZANO, individually and as a )
20  partner of DINASTY WOOD        )
    INTERIORS, a partnership; DINASTY )
21  WOOD INTERIORS, a partnership and )
    DOES 1through 10, inclusive,   )
22                                 )
              Defendants.          )
23  _____)

24

25       It appearing that defendants, MARTIN ANTONIO BELTRAN, individually

26  and as a partner of DINASTY WOOD INTERIORS, a partnership, JAIME

27  PIZANO, individually and as a partner of DINASTY WOOD INTERIORS, a

28  partnership and DINASTY WOOD INTERIORS, a partnership,

1  ("DEFENDANTS")  having been regularly served with process, having failed to

2  plead or otherwise defend this action and its default having been entered; on

3  application of the CARPENTERS SOUTHWEST ADMINISTRATIVE

4  CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS

5  SOUTHWEST TRUSTS, to the Court and after having considered the papers and

6  arguments submitted in support thereof, and good cause appearing therefore,

7       IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

8  CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and

9  BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS

10  have judgment as follows:

11            AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE

12  CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS

13  SOUTHWEST TRUSTS' FIRST CLAIM FOR RELIEF AGAINST MARTIN

14  ANTONIO BELTRAN, individually and as a partner of DINASTY WOOD

15  INTERIORS, a partnership, JAIME PIZANO, individually and as a partner of

16  DINASTY WOOD INTERIORS, a partnership and DINASTY WOOD

17  INTERIORS, a partnership:

18  1.     Unpaid contributions                                    $19,221.27

19  2.     Prejudgment interest                                       2,005.78

20  3.     Liquidated damages based on original contributions         9,936.59

21  4.     Audit Fees                                                   338.00

22  5.     Attorneys' fees pursuant to Local Rule 55-3               2,376.16

23  GRAND TOTAL                                                    **$33,877.80**

24  7.     Plus costs to be determined after entry
        of judgment.

25
26  8.     Pursuant to 28 U.S.C. §1961(a), this judgment
        shall bear interest at the rate of 0.25% per annum.

27

28  ////

2

1        <u>AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE</u>

2  <u>CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS</u>

3  <u>SOUTHWEST TRUSTS' SECOND CLAIM FOR RELIEF AGAINST AGAINST</u>

4  <u>MARTIN ANTONIO BELTRAN, individually and as a partner of DINASTY</u>

5  <u>WOOD INTERIORS, a partnership, JAIME PIZANO, individually and as a</u>

6  <u>partner of DINASTY WOOD INTERIORS, a partnership and DINASTY WOOD</u>

7  <u>INTERIORS, a partnership:</u>

8        1.    For issuance of a permanent injunction restraining and enjoining

9  DEFENDANTS for so long as they remain bound to make any payments or

10 contributions to the PLANS, from failing to deliver or cause to be delivered to

11 CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, the

12 following:

13       a.    Complete, truthful and accurate Employers Monthly Reports to

14 Trustees for the period August 2009 through the present,

15       b.    A complete, truthful and accurate Employers Monthly Report to

16 Trustees covering all employees of DEFENDANTS, employed during the previous

17 month under the AGREEMENT,

18       c.    A declaration from a responsible employee of DEFENDANTS,

19 attesting from his or her personal knowledge under penalties of perjury to the

20 completeness, truthfulness and accuracy for DEFENDANTS' Monthly Report; and

21       d.    Checks for the full amount shown as owing to each Trust on

22 DEFENDANTS' Monthly Report, payable as designated on the Monthly Report.

23

24 ////

25

26 ////

27

28 ////

3

1   AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE

2   CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS

3   SOUTHWEST TRUSTS'S THIRD CLAIM FOR RELIEF AGAINST MARTIN

4   ANTONIO BELTRAN, individually and as a partner of DINASTY WOOD

5   INTERIORS, a partnership, JAIME PIZANO, individually and as a partner of

6   DINASTY WOOD INTERIORS, a partnership and DINASTY WOOD

7   INTERIORS, a partnership:

8          For an order compelling submission to an audit of their business

9   records for the period January 23, 2008 to the present and allowing the auditors to

10   examine and copy the following books, records, papers, documents and reports:  all

11   job cost records, general check register and check stubs, bank statements and

12   canceled checks, general ledgers, worker compensation insurance reports, financial

13   statements, cash disbursements ledgers, corporate income tax returns, employee

14   time cards, payroll journals, individual earnings records of all employees, forms

15   W-2, 1099 and 1096 submitted to the U.S. Government, California quarterly state

16   tax returns (DE-3's), health and welfare and pension report for all other trades, cash

17   receipts' journal, copies of all contracts and all material invoices.

18

19   DATED:  October 19, 2020

20          THE HONORABLE PHILLIP S. GUTIERREZ
       CHIEF DISTRICT JUDGE

21

22   Presented by,

23   DeCARLO, CONNOR &SHANLEY
    A Professional Corporation

24

25   By:   /s/ Margaret R. Gifford    11/12/10
       MARGARET R. GIFFORD

26          Attorney for Plaintiffs

27

28