CASEY JENSEN, Bar No. 263593
cjensen@deconsel.com
DeCARLO & SHANLEY,
a Professional Corporation
533 S. Fremont Avenue, Ninth Floor
Los Angeles, California  90071-1706
Telephone:  (213) 488-4100
Telecopier: (213) 488-4180

ATTORNEYS FOR PLAINTIFFS, CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>Plaintiffs,<br><br>v.<br><br>MARTIN ANTONIO BELTRAN, individually and as a partner of DINASTY WOOD INTERIORS, a partnership; JAMIE PIZANO, individually and as a partner of DINASTY WOOD INTERIORS, a partnership; DINASTY WOOD INTERIORS, a partnership and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV 09-06795 MMM(PJWx)<br><br>RENEWAL OF JUDGMENT BY CLERK |

The judgment debtors, MARTIN ANTONIO BELTRAN, individually and as a partner of DINASTY WOOD INTERIORS, a partnership, and DINASTY WOOD INTERIORS, a partnership, ("DEFENDANTS") having judgment entered against them on October 4, 2010 and amended on November 16, 2010.

NOW, upon application of CARPENTERS SOUTHWEST

ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, ("CARPENTERS TRUSTS"), and upon declaration that DEFENDANTS have failed to pay the total amount of said judgment; and that DEFENDANTS are indebted to CARPENTERS TRUSTS.

That judgment against DEFENDANTS be renewed in the amount of $24,936.57 and that CARPENTERS TRUSTS recover as follows:

Judgment as entered:

| | | | |
|---|---|---|---:|
| a. | Principal | $ | 29,495.86 |
| b. | Judgment interest | $ | 2,005.78 |
| c. | Costs | $ | 0.00 |
| d. | Attorney Fees pursuant to Local Rule 14.12 | $ | 2,376.16 |
| | Subtotal (Judgment as entered) | $ | 33,877.80 |
| e. | Total Judgment | $ | 33,877.80 |
| | Less credits after judgment | $ | 9,585.52 |
| f. | Interest after judgment computed from October 4, 2010 through September 4, 2020 at 0.26% ($0.18 per day) | $ | 644.29 |
| g. | Subtotal | $ | 24,936.57 |
| h. | Costs after judgment | $ | 0.00 |
| | Total Renewed Judgment | $ | 24,936.57 |

DATED: October 20, 2020

*Sharon Hall Brown*
DEPUTY CLERK
UNITED STATES DISTRICT COURT

Presented by:

DeCARLO & SHANLEY,
A Professional Corporation

BY: _____
CASEY JENSEN
Attorneys For Judgment Creditors,
Carpenters Southwest Administrative
Corporation and Board of Trustees
For the Carpenters Southwest Trusts